■ JAVIER MIRANDA, Appellant, v STATE OF NEW YORK, Respondent. [978 NYS2d 463]—

Stein, J.

We affirm. Pursuant to Court of Claims Act § 11 (a) (i), a notice of claim must be served upon the Attorney General either personally or by certified mail, return receipt requested (*see Spaight v State of New York*, 91 AD3d 995, 995 [2012]; *Femminella v State of New York*, 71 AD3d 1319, 1320 [2010]). Here, claimant's substituted manner of service—priority mail— did not strictly comply with the statutory requirements (*see Femminella v State of New York*, 71 AD3d at 1320; *Filozof v State of New York*, 45 AD3d 1405, 1406 [2007]; *Hodge v State of New York*, 213 AD2d 766, 767 [1995]; *Newman v State of New York*, 5 Misc 3d 640, 642 [2004]). That failure "divests the court

of subject matter jurisdiction," and, therefore, dismissal of the claim was required (*Caci v State of New York*, 107 AD3d 1121, 1122 [2013] [internal quotation marks and citation omitted]; *accord Kolnacki v State of New York*, 8 NY3d 277, 281 [2007]). As a result, we need not reach the alternative grounds for dismissal advanced by defendant.

Peters, P.J., Lahtinen and Egan Jr., JJ., concur. Ordered that the order is affirmed, without costs.